# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARK W. HARRIS | § | Case No. 12-43817 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/02/2012 . The undersigned trustee was appointed on 11/02/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 614,900.00 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 58,724.27 |
| Bank service fees | 704.22 |
| Other payments to creditors | 526,288.58 |
| Non-estate funds paid to 3rd Parties | 7,443.57 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| | |
| Leaving a balance on hand of[1]         $ | 21,739.36 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  10/24/2013  and the deadline for filing governmental claims was  05/01/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 33,622.82 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 13,492.76 , for a total compensation of $ 13,492.76 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/15/2015          By:/s/Miriam R. Stein
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 12-43817 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Miriam R. Stein |
| Case Name: | MARK W. HARRIS | | | | Date Filed (f) or Converted (c): | 11/02/2012 (f) |
| | | | | | 341(a) Meeting Date: | 05/20/2013 |
| For Period Ending: | 09/15/2015 | | | | Claims Bar Date: | 10/24/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 15 Beechnut Drive, South Barrington, | 599,000.00 | 139,000.00 | | 599,900.00 | FA |
| 2. cash | 30.00 | 30.00 | | 0.00 | FA |
| 3. Chase Acct 925900847 certificates of deposit or in banks, sa | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. household goods audio, video, and computer | 750.00 | 250.00 | | 0.00 | FA |
| 5. clothes | 400.00 | 400.00 | | 0.00 | FA |
| 6. Smith Barney SEP other pension or profit sharing plans. Give | 28,637.51 | 28,637.51 | | 0.00 | FA |
| 7. Barrington Commerce Central LLC - 5% profit/loss | 0.00 | 0.00 | | 0.00 | FA |
| 8. Harris Builders LLC - 5% protit/loss Itemize. | 0.00 | 0.00 | | 0.00 | FA |
| 9. Harris Builders Management LLC - 5% profit/loss | 0.00 | 0.00 | | 0.00 | FA |
| 10. Harris Commerce Builders LLC - 5% profit/loss | 0.00 | 0.00 | | 0.00 | FA |
| 11. Homes by Harris - 100% Case 12-43817 Doc 1 Desc Main | 0.00 | 0.00 | | 0.00 | FA |
| 12. Children have savings bonds from grandparents other negotiab | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2005 Ford F150 | 4,000.00 | 1,000.00 | | 0.00 | FA |
| 14. 2006 Kia Soronto (wife drives) | 5,000.00 | 2,800.00 | | 0.00 | FA |
| 15. snowmobile | 240.00 | 0.00 | | 0.00 | FA |
| 16. snowmobile | 240.00 | 0.00 | | 0.00 | FA |
| 17. snowmobile | 240.00 | 0.00 | | 0.00 | FA |
| 18. snowmobile | 240.00 | 0.00 | | 0.00 | FA |
| 19. Trailer | 240.00 | 100.00 | | 0.00 | FA |
| 20. Exemption Offset - Debtor is in non-compliance with 11 USC S (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $640,017.51 | $188,217.51 | | $614,900.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN SUBMITTED FOR REVIEW AND APPROVAL TO THE US TRUSTEE'S OFFICE.

Initial Projected Date of Final Report (TFR): 01/15/2015    Current Projected Date of Final Report (TFR): 09/30/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-43817  
Case Name: MARK W. HARRIS  
Taxpayer ID No: XX-XXX9910  
For Period Ending: 09/15/2015  

Trustee Name: Miriam R. Stein  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8572  
Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/14 | | Transfer from Acct # xxxxxx8066 | Transfer of Funds | 9999-000 | $22,122.46 | | $22,122.46 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.82 | $22,090.64 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.84 | $22,057.80 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.74 | $22,026.06 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.75 | $21,993.31 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.64 | $21,961.67 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.65 | $21,929.02 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.60 | $21,896.42 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.40 | $21,867.02 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.51 | $21,834.51 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.42 | $21,803.09 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.41 | $21,770.68 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.32 | $21,739.36 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Page Subtotals:      $22,122.46      $383.10

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $22,122.46 | $383.10 |
| Less: Bank Transfers/CD's | $22,122.46 | $0.00 |
| Subtotal | $0.00 | $383.10 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $383.10 |

Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-43817 | Trustee Name: Miriam R. Stein |
| Case Name: MARK W. HARRIS | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX8066 |
| | Checking |
| Taxpayer ID No: XX-XXX9910 | Blanket Bond (per case limit): |
| For Period Ending: 09/15/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/13 | | Chicago Title & Trust Company 5215 Old Orchard #400 Skokie, IL 60077 | Sale of real estate | | $7,443.58 | | $7,443.58 |
| | | | Gross Receipts    $599,900.00 | | | | |
| | | WELLS FARGO BANK C/O Codilis & Associates, PC 15W030 North Frontage Rd., Suite 100 Burr Ridge, Il 60527 | First Mortgage    ($221,037.07) | 4110-000 | | | |
| | | BARRINGTON BANK AND TRUST | Second Mortgage    ($305,251.51) | 4110-000 | | | |
| | | CHICAGO REAL ESTATE RESOURCES Split with 2nd Broker (Sierra Capital Advisors & Realty, Inc.) ($11,703.00 | Brokers Commission    ($24,995.00) | 3510-000 | | | |
| | | Barrington Green Homeowners Assoc | ($1,600.00) | 2500-000 | | | |
| | | Closing Costs | Closing Costs    ($17,129.27) | 2500-000 | | | |
| | | Exemption Payment for Mark Harris (in dispute) | Exemption Held Back Per Court Order    ($15,000.00) | 2500-000 | | | |
| | | Christine L Harris 134 South Glendale | Co-Owner Payment    ($7,443.57) | 8500-002 | | | |
| | 1 | | 15 Beechnut Drive, South Barrington,    $599,900.00 | 1110-000 | | | |
| 09/09/13 | 20 | Chicago Title & Trust Company 5215 Old Orchard #400 Skokie, IL 60077 | Exemption Holdback Refund from Title Company | 1290-000 | $15,000.00 | | $22,443.58 |
| 09/30/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $19.36 | $22,424.22 |
| 10/31/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $35.48 | $22,388.74 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | | | Page Subtotals: | | $22,443.58 | $54.84 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-43817 | Trustee Name: | Miriam R. Stein |
| Case Name: | MARK W. HARRIS | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX8066 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9910 | Blanket Bond (per case limit): | |
| For Period Ending: | 09/15/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/29/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $30.05 | $22,358.69 |
| 12/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $35.37 | $22,323.32 |
| 01/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $33.17 | $22,290.15 |
| 02/28/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $29.92 | $22,260.23 |
| 03/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $30.94 | $22,229.29 |
| 04/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $34.10 | $22,195.19 |
| 05/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $31.92 | $22,163.27 |
| 06/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $30.81 | $22,132.46 |
| 07/02/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $22,122.46 |
| 07/02/14 | | Transfer to Acct # xxxxxx8572 | Transfer of Funds | 9999-000 | | $22,122.46 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                                                   Page Subtotals:                    $0.00            $22,388.74

| | | |
|---|---:|---:|
| COLUMN TOTALS | $22,443.58 | $22,443.58 |
| Less: Bank Transfers/CD's | $0.00 | $22,122.46 |
| Subtotal | $22,443.58 | $321.12 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $22,443.58 | $321.12 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8066 - Checking | $22,443.58 | $321.12 | $0.00 |
| XXXXXX8572 - Checking | $0.00 | $383.10 | $21,739.36 |
| | $22,443.58 | $704.22 | $21,739.36 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $592,456.42 |
| Total Net Deposits: | $22,443.58 |
| Total Gross Receipts: | $614,900.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-43817　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: September 15, 2015
Debtor Name: MARK W. HARRIS
Claims Bar Date: 10/24/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8500 | Christine L Harris<br>134 South Glendale | Administrative | Interest in Sale of Home | $0.00 | $7,443.57 | $7,443.57 |
| 100 2100 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Administrative | | $0.00 | $13,492.76 | $13,492.76 |
| 100 3210 | Frank Gecker LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $6,767.50 | $6,767.50 |
| 100 3220 | Frank Gecker LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $55.77 | $55.77 |
| 100 3410 | Alan D. Lasko<br>Alan D. Lasko & Associates, P.C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Administrative | | $0.00 | $1,405.80 | $1,405.80 |
| 100 3420 | Alan D. Lasko<br>Alan D. Lasko & Associates, P.C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Administrative | | $0.00 | $17.53 | $17.53 |
| 100 3510 | CHICAGO REAL ESTATE RESOURCES<br>Split with 2nd Broker (Sierra Capital Advisors & Realty, Inc.) ($11,703.00 | Administrative | | $0.00 | $24,995.00 | $24,995.00 |
| 8 270 5700 | RINELLA AND RINELLA<br>Rinella And Rinella, Ltd.<br>1 North Lasalle Street, Suite 3400<br>Chicago, Il 60602-4004 | Priority | | $0.00 | $12,029.79 | $12,029.79 |
| 4 280 5800 | Dept. Of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia. Pa 19101-7346 | Priority | | $0.00 | $10,179.38 | $10,179.38 |

Page 1　　　　　　　　　　　　　　　　　　　　　　　　Printed: September 15, 2015

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-43817  
Debtor Name: MARK W. HARRIS  
Claims Bar Date: 10/24/2013  

Date: September 15, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>280<br>5800 | Dept. Of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia. Pa 19101-7346 | Priority | DUPLICATE CLAIM | $0.00 | $10,179.38 | $0.00 |
| 1<br>300<br>7100 | First National Bank Of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Unsecured | | $0.00 | $4,610.33 | $4,610.33 |
| 2<br>300<br>7100 | FIA CARD SERVICES<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Unsecured | | $0.00 | $7,111.86 | $7,111.86 |
| 4U<br>300<br>7100 | Dept. Of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia. Pa 19101-7346 | Unsecured | | $0.00 | $379.93 | $379.93 |
| 6<br>300<br>7100 | Commonwealth Edison<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, Il 60181 | Unsecured | | $0.00 | $392.85 | $392.85 |
| 9<br>300<br>7100 | Christine L Harris<br>134 South Glendale | Unsecured | | $0.00 | $170,000.00 | $170,000.00 |
| 10<br>300<br>7100 | BMO HARRIS BANK<br>770 N Water Street<br>Brk-180-Rc<br>Milwaukee, Wi 53202 | Unsecured | | $0.00 | $13,706.09 | $13,706.09 |
| 400<br>4110 | BARRINGTON BANK AND TRUST | Secured | | $0.00 | $305,251.51 | $305,251.51 |
| 5<br>400<br>4110 | WELLS FARGO BANK<br>C/O Codilis & Associates, PC<br>15W030 North Frontage Rd., Suite 100<br>Burr Ridge, Il 60527 | Secured | | $0.00 | $221,037.07 | $221,037.07 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-43817                                                                                          Date: September 15, 2015
Debtor Name: MARK W. HARRIS
Claims Bar Date: 10/24/2013

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>400<br>4210 | Capital One NA<br>c/o eCAST Settlement Corporation<br>PO Box 7247-6971<br>Philadelphia, PA  19170-6971 | Secured | <br><br>Credit Card filed as a Secured Claim | $0.00 | $2,099.70 | $2,099.70 |
|  | Case Totals |  |  | $0.00 | $811,155.82 | $800,976.44 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-43817
Case Name: MARK W. HARRIS
Trustee Name: Miriam R. Stein

Balance on hand $ 21,739.36

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | BARRINGTON BANK AND TRUST | $ 305,251.51 | $ 305,251.51 | $ 305,251.51 | $ 0.00 |
| 3 | Capital One NA | $ 2,099.70 | $ 2,099.70 | $ 0.00 | $ 0.00 |
| 5 | WELLS FARGO BANK | $ 221,037.07 | $ 221,037.07 | $ 221,037.07 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 21,739.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 13,492.76 | $ 0.00 | $ 13,492.76 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 6,767.50 | $ 0.00 | $ 6,767.50 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 55.77 | $ 0.00 | $ 55.77 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 1,405.80 | $ 0.00 | $ 1,405.80 |
| Accountant for Trustee Expenses: Alan D. Lasko | $ 17.53 | $ 0.00 | $ 17.53 |
| Other: CHICAGO REAL ESTATE RESOURCES | $ 24,995.00 | $ 24,995.00 | $ 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

  Total to be paid for chapter 7 administrative expenses    $  21,739.36

  Remaining Balance    $  0.00

  Applications for prior chapter fees and administrative expenses have been filed as follows:

        NONE

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 22,209.17 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | RINELLA AND RINELLA | $ 12,029.79 | $ 0.00 | $ 0.00 |
| 4 | Dept. Of Treasury | $ 10,179.38 | $ 0.00 | $ 0.00 |
| 7 | Dept. Of Treasury | $ 0.00 | $ 0.00 | $ 0.00 |

  Total to be paid to priority creditors    $  0.00

  Remaining Balance    $  0.00

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 196,201.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First National Bank Of Omaha | $ 4,610.33 | $ 0.00 | $ 0.00 |
| 2 | FIA CARD SERVICES | $ 7,111.86 | $ 0.00 | $ 0.00 |
| 4U | Dept. Of Treasury | $ 379.93 | $ 0.00 | $ 0.00 |
| 6 | Commonwealth Edison | $ 392.85 | $ 0.00 | $ 0.00 |
| 9 | Christine L Harris | $ 170,000.00 | $ 0.00 | $ 0.00 |
| 10 | BMO HARRIS BANK | $ 13,706.09 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE