# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-43817 |
| | ) | |
| MARK W. HARRIS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| | ) | Hearing Date:  October 22, 2015 |
| | ) | Hearing Time:  10:30 a.m. |
| | | Courtroom:       742 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **October 22, 2015**, at **10:30 a.m.**, we shall appear before the Honorable Carol A. Doyle, or such other judge as may be sitting in her stead, in Courtroom 742 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Trustee's Application for Compensation and Expenses.**

Dated:  September 18, 2015

Respectfully submitted,

By:   /s/ *Miriam R. Stein*
Miriam R. Stein, Chapter 7 Trustee

Miriam R. Stein (IL ARDC #6238163)
Chuhak& Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, Illinois  60606
(312) 444-9300
mstein@chuhak.com

{STEIN/HARRIS/00043404.DOC/}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| HARRIS, MARK W. | ) | CASE NO. 12-43817-CAD |
| | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

TO: THE HONORABLE Carol A. Doyle

NOW COMES Miriam R. Stein, Trustee herein, pursuant to 11 U.S.C. §330, and requests $13,492.76 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

**I. COMPUTATION OF COMPENSATION**

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $607,456.43. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $47,500.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |

TOTAL COMPENSATION $13,492.76[1]

---

[1] Trustee is allowed $33,622.82 which exceeds the funds in the estate. The Trustee is taking a reduced compensation of $13,492.76 in order to pay her professionals.

{STEIN/HARRIS/00043404.DOC/}

## II. TRUSTEE'S EXPENSES

None

TOTAL EXPENSES                               $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:    September 18, 2015              /s/ Miriam R. Stein
                                           Miriam R. Stein, Trustee

Miriam R. Stein (IL ARDC #6238163)
Chuhak& Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, Illinois  60606
(312) 444-9300
mstein@chuhak.com