# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS
## EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARK W. HARRIS | § | Case No. 12-43817 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Miriam R. Stein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/22/2015 in Courtroom 742 (Judge Doyle),

Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/18/2015          By: /s/ Miriam R. Stein
                                           Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL  60606*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARK W. HARRIS | § | Case No. 12-43817 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 614,900.00 |
| and approved disbursements of | $ | 593,160.64 |
| leaving a balance on hand of[1] | $ | 21,739.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | BARRINGTON BANK AND TRUST | $ 305,251.51 | $ 305,251.51 | $ 305,251.51 | $ 0.00 |
| 3 | Capital One NA | $ 2,099.70 | $ 2,099.70 | $ 0.00 | $ 0.00 |
| 5 | WELLS FARGO BANK | $ 221,037.07 | $ 221,037.07 | $ 221,037.07 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 21,739.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 33,622.82 | $ 0.00 | $ 13,492.76 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Frank Gecker LLP | $ 6,767.50 | $ 0.00 | $ 6,767.50 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 55.77 | $ 0.00 | $ 55.77 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 1,405.80 | $ 0.00 | $ 1,405.80 |
| Accountant for Trustee Expenses: Alan D. Lasko | $ 17.53 | $ 0.00 | $ 17.53 |
| Other: CHICAGO REAL ESTATE RESOURCES | $ 24,995.00 | $ 24,995.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $            21,739.36

Remaining Balance        $            0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 22,209.17  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | RINELLA AND RINELLA | $ 12,029.79 | $ 0.00 | $ 0.00 |
| 4 | Dept. Of Treasury | $ 10,179.38 | $ 0.00 | $ 0.00 |
| 7 | Dept. Of Treasury | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors        $            0.00

Remaining Balance        $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 196,201.06  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First National Bank Of Omaha | $ 4,610.33 | $ 0.00 | $ 0.00 |
| 2 | FIA CARD SERVICES | $ 7,111.86 | $ 0.00 | $ 0.00 |
| 4U | Dept. Of Treasury | $ 379.93 | $ 0.00 | $ 0.00 |
| 6 | Commonwealth Edison | $ 392.85 | $ 0.00 | $ 0.00 |
| 9 | Christine L Harris | $ 170,000.00 | $ 0.00 | $ 0.00 |
| 10 | BMO HARRIS BANK | $ 13,706.09 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance          $          0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: /s/ Miriam R. Stein
                                   Chapter 7 Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL  60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-43817-CAD
Mark W. Harris                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers          Page 1 of 2          Date Rcvd: Sep 21, 2015
                             Form ID: pdf006          Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2015.
```
db              +Mark W. Harris,    402A S. Barrington Road,    Barrington, IL 60010-6179
19653530        +All About Kids Dentistry,    1845 E Rand Road,    Arlington Hts, IL 60004-4359
19653531       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank Of America,    P O Box 982235,    El Paso, TX  79998)
21186851        +BMO HARIRIS BANK NA,    770 N WATER STREET,    BRK-180-RC,    MILWAUKEE, WI 53202-0002
19653532        +Barrington Bank And Trust,    201 S Hough Street,    Barrington, IL 60010-4364
19653533        +Best Buy - HSBC Retail Services,    P O Box 17298,    Baltimore, MD 21297-1298
19653536        +Codilis & Associates,    15W030 N. Frontage Road    Suite 100,    Burr Ridge, IL 60527-6921
19653539        +Cook County Treasurer,    P O Box 4468,    Carol Stream, IL 60197-4468
19653540        +Evan Harris,    1531 S. Grove Ave    Ste 105,    Barrington, IL 60010-5250
19712856         FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19653541        +First Financial Resources Of MA Inc,    209 W Central St  Ste 107,    Natick,, MA 01760-3716
19698996        +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
19653542        +First National of Omaha,    P O Box 2557,    Omaha, NE 68103-2557
19653543        +George W. Goodlow, MD,    3295 N. ARlington Hts #107,    ARlington Hts, IL 60004-1588
19653527        +Harris Mark W,    15 Beechnut Drive,    S. Barrington, IL 60010-9514
19653544        +Homes By Harris,    402 A S. Barrington Road,    Barrington, IL 60010-6179
19653545         June Guthrie,    490 Notis Court,    Schaumburg, IL 60193
19653528        +Mark Becker,    2300 Barrington Rd,    Hoffman Estates, IL 60169-2036
19653546        +Medical Collections Specialists,    P O Box 314,    Bargersville, IN 46106-0314
19653547        +Ortho & Spine Surgery/Midwest Bone&Joint,    420 W. Northwest Hwy  Ste M,
                 Barrington, IL 60010-6812
19653548        +Rinella And Rinella,    1 N LaSalle    Ste 3400,    Chicago, IL 60602-4018
21131466        +Rinella and Rinella, Ltd.,    1 North LaSalle Street, Suite 3400,    Chicago, IL 60602-4018
19653549         Russell Pollina DDS,    18 E Dundee Bldg 5  Ste 100,    Barrington, IL  60010
19653551        +Village Of Barrington,    400 W Northwest Hwy,    Barrington, IL 60010-3049
19670018        +Wells Fargo Bank, NA,    c/o Codilis & Associates, PC,    15W030 North Frontage Rd., Suite 100,
                 Burr Ridge, IL 60527-6921
19653552        +Wells Fargo Mortgage,    P O Box 10368,    Des Moines, IA 50306-0368
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19653529         E-mail/Text: abcrecoveryinc@aol.com Sep 22 2015 01:49:24      ABC Credit & Recovery Services,
                 P O Box 3722,    Lisle, IL  60532-8722
19925249        +E-mail/Text: bnc@bass-associates.com Sep 22 2015 01:47:31
                 Capital One, N.A.(Best Buy Co., Inc.),    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
19653537        +E-mail/Text: legalcollections@comed.com Sep 22 2015 01:50:41      Commonwealth Edison,
                 P O Box 6111,    Carol Stream, IL 60197-6111
20092803        +E-mail/Text: legalcollections@comed.com Sep 22 2015 01:50:41      Commonwealth Edison,
                 3 Lincoln Center,    Attn: Bankruptcy Department,    Oakbrook Terrace, IL 60181-4204
20058461         E-mail/Text: cio.bncmail@irs.gov Sep 22 2015 01:47:59      Dept. of Treasury,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia. PA 19101-7346
21971546        +E-mail/Text: bnc@bass-associates.com Sep 22 2015 01:47:31      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 6
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21146728         Christine L Harris,    134 South Glendale
20717319*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  IRS,    Department of Treasury,    Cincinnati, OH 45999-0030)
19653534       ##+BMO Harris,    3800 Golf Road  Ste 300,    Rolling Meadows, IL 60008-4037
19653535       ##+BMO Harris,    3800 W. Golf Road  Ste 300,    Rolling Meadows, IL 60008-4037
19653538       ##+Contract Callers Inc,    P O Box 212489,    Augusta, GA 30917-2489
19653550       ##+Transworld Systems,    P O Box 12103,    Trenton, NJ 08650-2103
                                                                             TOTALS: 1, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mflowers          Page 2 of 2          Date Rcvd: Sep 21, 2015
                             Form ID: pdf006          Total Noticed: 32
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2015                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2015 at the address(es) listed below:
           Jessica S Naples    on behalf of Creditor    Wells Fargo Bank, NA successor by merger to Wells
            Fargo Home Mortgage, Inc. ND-Two@il.cslegal.com
           Jessica S Naples    on behalf of Creditor    Wells Fargo Bank, NA ND-Two@il.cslegal.com
           Joel P Fonferko    on behalf of Creditor    Wells Fargo Bank, NA ND-One@il.cslegal.com
           Mark F. Becker    on behalf of Debtor Mark W. Harris beclaw@att.net
           Miriam R Stein    on behalf of Attorney    FrankGecker LLP mstein@chuhak.com,
            dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
           Miriam R Stein    mstein@chuhak.com,
            dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
           Miriam R Stein    on behalf of Creditor Alan D Lasko mstein@chuhak.com,
            dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
           Olga  Groat    on behalf of Creditor    Barrington Bank & Trust Company, N.A.
            olgagroat@hansonlawgrp.com
           Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                        TOTAL: 9
```