UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARK W. HARRIS | § | Case No. 12-43817 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 34,617.51                     Assets Exempt: 21,400.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  526,288.58    Claims Discharged
                                                 Without Payment:  292,705.59

Total Expenses of Administration:  81,167.85

---

3) Total gross receipts of $ 614,900.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,443.57  (see **Exhibit 2**), yielded net receipts of $ 607,456.43  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,990.00 | $ 528,388.28 | $ 528,388.28 | $ 526,288.58 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 81,167.85 | 81,167.85 | 81,167.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 12,392.79 | 32,388.55 | 22,209.17 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 100,111.93 | 196,201.06 | 196,201.06 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 115,494.72 | $ 838,145.74 | $ 827,966.36 | $ 607,456.43 |

4) This case was originally filed under chapter 7 on 11/02/2012 . The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/05/2016        By:/s/Miriam R. Stein
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 15 Beechnut Drive, South Barrington, | 1110-000 | 599,900.00 |
| Exemption Offset - Debtor is in non-compliance with 11 USC S | 1290-000 | 15,000.00 |
| TOTAL GROSS RECEIPTS | | $614,900.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Christine L Harris | Non-Estate Funds Paid to Third Parties | 8500-002 | 7,443.57 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 7,443.57 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BARRINGTON BANK AND TRUST | 4110-000 | NA | 305,251.51 | 305,251.51 | 305,251.51 |
| 5 | WELLS FARGO BANK | 4110-000 | NA | 221,037.07 | 221,037.07 | 221,037.07 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Capital One NA | 4210-000 | 2,990.00 | 2,099.70 | 2,099.70 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 2,990.00 | $ 528,388.28 | $ 528,388.28 | $ 526,288.58 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 13,492.76 | 13,492.76 | 13,492.76 |
| Barrington Green Homeowners Assoc | 2500-000 | NA | 1,600.00 | 1,600.00 | 1,600.00 |
| Closing Costs | 2500-000 | NA | 17,129.27 | 17,129.27 | 17,129.27 |
| Exemption Payment for Mark Harris (in dispute) | 2500-000 | NA | 15,000.00 | 15,000.00 | 15,000.00 |
| Associated Bank | 2600-000 | NA | 383.10 | 383.10 | 383.10 |
| Rabobank, N.A. | 2600-000 | NA | 321.12 | 321.12 | 321.12 |
| Frank Gecker LLP | 3210-000 | NA | 6,767.50 | 6,767.50 | 6,767.50 |
| Frank Gecker LLP | 3220-000 | NA | 55.77 | 55.77 | 55.77 |
| Alan D. Lasko | 3410-000 | NA | 1,405.80 | 1,405.80 | 1,405.80 |
| Alan D. Lasko | 3420-000 | NA | 17.53 | 17.53 | 17.53 |
| CHICAGO REAL ESTATE RESOURCES | 3510-000 | NA | 24,995.00 | 24,995.00 | 24,995.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 81,167.85 | $ 81,167.85 | $ 81,167.85 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | RINELLA AND RINELLA | 5700-000 | 12,392.79 | 12,029.79 | 12,029.79 | 0.00 |
| 4 | Dept. Of Treasury | 5800-000 | NA | 10,179.38 | 10,179.38 | 0.00 |
| 7 | Dept. Of Treasury | 5800-000 | NA | 10,179.38 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 12,392.79 | $ 32,388.55 | $ 22,209.17 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALL ABOUT KIDS DENTISTRY | | 2,245.10 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BMO HARRIS |  | 3,383.26 | NA | NA | 0.00 |
|  | EVAN HARRIS |  | 10,000.00 | NA | NA | 0.00 |
|  | GEORGE W. GOODLOW, MD |  | 404.00 | NA | NA | 0.00 |
|  | HOMES BY HARRIS |  | 40,000.00 | NA | NA | 0.00 |
|  | JUNE GUTHRIE |  | 17,000.00 | NA | NA | 0.00 |
|  | ORTHO & SPINE SURGERY/MIDWEST BONE & JOINT |  | 425.00 | NA | NA | 0.00 |
|  | RUSSELL POLLINA DDS |  | 738.00 | NA | NA | 0.00 |
|  | VILLAGE OF BARRINGTON |  | 100.00 | NA | NA | 0.00 |
| 10 | BMO HARRIS BANK | 7100-000 | 13,706.09 | 13,706.09 | 13,706.09 | 0.00 |
| 9 | Christine L Harris | 7100-000 | NA | 170,000.00 | 170,000.00 | 0.00 |
| 6 | Commonwealth Edison | 7100-000 | 392.85 | 392.85 | 392.85 | 0.00 |
| 4U | Dept. Of Treasury | 7100-000 | NA | 379.93 | 379.93 | 0.00 |
| 2 | FIA CARD SERVICES | 7100-000 | 7,187.63 | 7,111.86 | 7,111.86 | 0.00 |
| 1 | First National Bank Of Omaha | 7100-000 | 4,530.00 | 4,610.33 | 4,610.33 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | **$ 100,111.93** | **$ 196,201.06** | **$ 196,201.06** | **$ 0.00** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-43817 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | MARK W. HARRIS | | | | Date Filed (f) or Converted (c): | 11/02/2012 (f) |
| | | | | | 341(a) Meeting Date: | 05/20/2013 |
| For Period Ending: | 01/05/2016 | | | | Claims Bar Date: | 10/24/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 15 Beechnut Drive, South Barrington, | 599,000.00 | 139,000.00 | | 599,900.00 | FA |
| 2. cash | 30.00 | 30.00 | | 0.00 | FA |
| 3. Chase Acct 925900847 certificates of deposit or in banks, sa | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. household goods audio, video, and computer | 750.00 | 250.00 | | 0.00 | FA |
| 5. clothes | 400.00 | 400.00 | | 0.00 | FA |
| 6. Smith Barney SEP other pension or profit sharing plans. Give | 28,637.51 | 28,637.51 | | 0.00 | FA |
| 7. Barrington Commerce Central LLC - 5% profit/loss | 0.00 | 0.00 | | 0.00 | FA |
| 8. Harris Builders LLC - 5% protit/loss Itemize. | 0.00 | 0.00 | | 0.00 | FA |
| 9. Harris Builders Management LLC - 5% profit/loss | 0.00 | 0.00 | | 0.00 | FA |
| 10. Harris Commerce Builders LLC - 5% profit/loss | 0.00 | 0.00 | | 0.00 | FA |
| 11. Homes by Harris - 100% Case 12-43817 Doc 1 Desc Main | 0.00 | 0.00 | | 0.00 | FA |
| 12. Children have savings bonds from grandparents other negotiab | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2005 Ford F150 | 4,000.00 | 1,000.00 | | 0.00 | FA |
| 14. 2006 Kia Soronto (wife drives) | 5,000.00 | 2,800.00 | | 0.00 | FA |
| 15. snowmobile | 240.00 | 0.00 | | 0.00 | FA |
| 16. snowmobile | 240.00 | 0.00 | | 0.00 | FA |
| 17. snowmobile | 240.00 | 0.00 | | 0.00 | FA |
| 18. snowmobile | 240.00 | 0.00 | | 0.00 | FA |
| 19. Trailer | 240.00 | 100.00 | | 0.00 | FA |
| 20. Exemption Offset - Debtor is in non-compliance with 11 USC S (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

| TOTALS (Excluding Unknown Values) | $640,017.51 | $188,217.51 | $614,900.00 | $0.00 |
|---|---|---|---|---|
| | | | | (Total Dollar Amount in Column 6) |

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report Approved. Funds distributed. Will submit TDR.

Initial Projected Date of Final Report (TFR): 01/15/2015            Current Projected Date of Final Report (TFR): 09/30/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-43817 | | Trustee Name: | Miriam R. Stein |
| Case Name: | MARK W. HARRIS | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX8572 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX9910 | | Blanket Bond (per case limit): | |
| For Period Ending: | 01/05/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/14 | | Transfer from Acct # xxxxxx8066 | Transfer of Funds | 9999-000 | $22,122.46 | | $22,122.46 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.82 | $22,090.64 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.84 | $22,057.80 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.74 | $22,026.06 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.75 | $21,993.31 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.64 | $21,961.67 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.65 | $21,929.02 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.60 | $21,896.42 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.40 | $21,867.02 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.51 | $21,834.51 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.42 | $21,803.09 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.41 | $21,770.68 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.32 | $21,739.36 |
| | | | Page Subtotals: | | $22,122.46 | $383.10 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-43817  
Case Name: MARK W. HARRIS  
Trustee Name: Miriam R. Stein  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8572  
Checking  

Taxpayer ID No: XX-XXX9910  
For Period Ending: 01/05/2016  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/28/15 | 101 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $13,492.76 | $8,246.60 |
| 10/28/15 | 102 | Frank Gecker LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Distribution | | | $6,823.27 | $1,423.33 |
| | | Frank Gecker LLP | Final distribution representing a payment of 100.00 % per court order. ($6,767.50) | 3210-000 | | | |
| | | Frank Gecker LLP | Final distribution representing a payment of 100.00 % per court order. ($55.77) | 3220-000 | | | |
| 10/28/15 | 103 | Alan D. Lasko<br>Alan D. Lasko & Associates, P.C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Distribution | | | $1,423.33 | $0.00 |
| | | Alan D. Lasko | Final distribution representing a payment of 100.00 % per court order. ($1,405.80) | 3410-000 | | | |
| | | Alan D. Lasko | Final distribution representing a payment of 100.00 % per court order. ($17.53) | 3420-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $22,122.46 | $22,122.46 |
| Less: Bank Transfers/CD's | $22,122.46 | $0.00 |
| Subtotal | $0.00 | $22,122.46 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $22,122.46 |

Page Subtotals: $0.00  $21,739.36

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-43817 | Trustee Name: | Miriam R. Stein |
| --- | --- | --- | --- |
| Case Name: | MARK W. HARRIS | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX8066 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9910 | Blanket Bond (per case limit): | |
| For Period Ending: | 01/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/13 | | Chicago Title & Trust Company 5215 Old Orchard #400 Skokie, IL 60077 | Sale of real estate | | $7,443.58 | | $7,443.58 |
| | | | Gross Receipts  $599,900.00 | | | | |
| | | WELLS FARGO BANK C/O Codilis & Associates, PC 15W030 North Frontage Rd., Suite 100 Burr Ridge, Il 60527 | First Mortgage  ($221,037.07) | 4110-000 | | | |
| | | BARRINGTON BANK AND TRUST | Second Mortgage  ($305,251.51) | 4110-000 | | | |
| | | CHICAGO REAL ESTATE RESOURCES Split with 2nd Broker (Sierra Capital Advisors & Realty, Inc.) ($11,703.00) | Brokers Commission  ($24,995.00) | 3510-000 | | | |
| | | Barrington Green Homeowners Assoc | ($1,600.00) | 2500-000 | | | |
| | | Closing Costs | Closing Costs  ($17,129.27) | 2500-000 | | | |
| | | Exemption Payment for Mark Harris (in dispute) | Exemption Held Back Per Court Order  ($15,000.00) | 2500-000 | | | |
| | | Christine L Harris 134 South Glendale | Co-Owner Payment  ($7,443.57) | 8500-002 | | | |
| | 1 | | 15 Beechnut Drive, South Barrington,  $599,900.00 | 1110-000 | | | |
| 09/09/13 | 20 | Chicago Title & Trust Company 5215 Old Orchard #400 Skokie, IL 60077 | Exemption Holdback Refund from Title Company | 1290-000 | $15,000.00 | | $22,443.58 |
| 09/30/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $19.36 | $22,424.22 |
| 10/31/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $35.48 | $22,388.74 |
| | | | Page Subtotals: | | $22,443.58 | $54.84 | |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-43817 | Trustee Name: | Miriam R. Stein |
| Case Name: | MARK W. HARRIS | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX8066 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9910 | Blanket Bond (per case limit): | |
| For Period Ending: | 01/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/29/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $30.05 | $22,358.69 |
| 12/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $35.37 | $22,323.32 |
| 01/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $33.17 | $22,290.15 |
| 02/28/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $29.92 | $22,260.23 |
| 03/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $30.94 | $22,229.29 |
| 04/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $34.10 | $22,195.19 |
| 05/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $31.92 | $22,163.27 |
| 06/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $30.81 | $22,132.46 |
| 07/02/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $22,122.46 |
| 07/02/14 | | Transfer to Acct # xxxxxx8572 | Transfer of Funds | 9999-000 | | $22,122.46 | $0.00 |

Page Subtotals: $0.00    $22,388.74

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Exhibit 9

| | | |
|---|---:|---:|
| COLUMN TOTALS | $22,443.58 | $22,443.58 |
| Less: Bank Transfers/CD's | $0.00 | $22,122.46 |
| Subtotal | $22,443.58 | $321.12 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $22,443.58 | $321.12 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8066 - Checking | $22,443.58 | $321.12 | $0.00 |
| XXXXXX8572 - Checking | $0.00 | $22,122.46 | $0.00 |
|  | $22,443.58 | $22,443.58 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $592,456.42 |
|---|---|
| Total Net Deposits: | $22,443.58 |
| Total Gross Receipts: | $614,900.00 |

Page Subtotals:   $0.00   $0.00